# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2013

Robert P. Young, Jr.,
Chief Justice

147588

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re T.A. JORDAN, Minor.

SC: 147588
COA: 313789
Montcalm Circuit Court
Family Division: 2005-000198-NA

_____/

      On order of the Court, the application for leave to appeal the July 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2013



Clerk

p0903